```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

      IN RE:                                           CASE NO. 06 B 13042
         KEVIN M KOETTERS
         CHRISTINA L KOETTERS                          CHAPTER 13

                                                       JUDGE: JOHN H SQUIRES

                 Debtor
          SSN XXX-XX-2325      SSN XXX-XX-6094

      ------------------------------------------------------------------------
                           TRUSTEE'S FINAL REPORT AND ACCOUNT
      ------------------------------------------------------------------------
           Glenn Stearns, Chapter 13 Standing Trustee, submits the following
      Final Report and Account of the administration of the estate pursuant to
      11 USC 1302(b)(1).

           1.   The case was filed on 10/12/06 .

           2.   The case was converted to Chapter 7 without confirmation, 05/02/2007.

           3.   The Debtor paid a total of $    5237.69 .

           4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| US BANK HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MIDWEST BANK & TRUST | SECURED | .00 | .00 | .00 |
| MIDWEST BANK & TRUST | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LAURA MILLHEIM | CHILD SUPPORT | NOT FILED | .00 | .00 |
| GOOD SHEPHARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| AHS MIDWEST REGION | UNSECURED | NOT FILED | .00 | .00 |
| ANESTHESIOLOGISTS LTD | UNSECURED | NOT FILED | .00 | .00 |
| APLM LTD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF 18TH JUDICIAL C | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DOWNER CROVE FAMILY PRAC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| DIGESTIVE DISEASES | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE NEONATOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |

```
FIRST PREMIER BANK          UNSECURED      NOT FILED              .00          .00
FIRST PREMIER BANK          UNSECURED      NOT FILED              .00          .00
G L KOEHN MD                UNSECURED      NOT FILED              .00          .00
HINSDALE ANESTHESIA ASSO    UNSECURED      NOT FILED              .00          .00
HINSDALE HOSPITAL           UNSECURED      NOT FILED              .00          .00
HINSDALE ORTHOPAEDIC ASS    UNSECURED      NOT FILED              .00          .00
HSBC                        UNSECURED      NOT FILED              .00          .00
ILLINOIS TOLLWAY AUTHORI    UNSECURED      NOT FILED              .00          .00
INTERNAL REVENUE SERVICE    UNSECURED      NOT FILED              .00          .00
KROPE & SONS HEATING        UNSECURED      NOT FILED              .00          .00
LAGRANGE MEMORIAL HOSPIT    UNSECURED      NOT FILED              .00          .00
DESALVO & COWDEN            UNSECURED      NOT FILED              .00          .00
MIDWEST SURGERY CENTER      UNSECURED      NOT FILED              .00          .00
MIDWEST DIAG PATHOLOGIST    UNSECURED      NOT FILED              .00          .00
MIDWEST PULMONARY           UNSECURED      NOT FILED              .00          .00
NICOR GAS                   UNSECURED      NOT FILED              .00          .00
NUGENT & SACK DDS           UNSECURED      NOT FILED              .00          .00
PAPE & ASSOCIATES           UNSECURED      NOT FILED              .00          .00
PRACTICE RESOURCES          UNSECURED      NOT FILED              .00          .00
QUEST DIAGNOSTICS           UNSECURED      NOT FILED              .00          .00
QUINCY MEDICAL GROUP        UNSECURED      NOT FILED              .00          .00
RADIOLOGISTS OF DUPAGE      UNSECURED      NOT FILED              .00          .00
RICHARD E PATELSKI DDS      UNSECURED      NOT FILED              .00          .00
RIVERSIDE PSYCHIATRIC &     UNSECURED      NOT FILED              .00          .00
SUSAN THORNE DEVIN LCSW     UNSECURED      NOT FILED              .00          .00
THE PSYCH ASSOC             UNSECURED      NOT FILED              .00          .00
WEST SUBURBAN MULTI SPEC    UNSECURED      NOT FILED              .00          .00
WEST SUBURBAN OB/GYN        UNSECURED      NOT FILED              .00          .00
WEST SUBURBAN UROLOGY SC    UNSECURED      NOT FILED              .00          .00
WESTERN SPRINGS FAMILY P    UNSECURED      NOT FILED              .00          .00
WOMENS HEALTH CARE OF HI    UNSECURED      NOT FILED              .00          .00
DEPT OF JUSTICE             SECURED        NOT FILED              .00          .00
```

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DAVID J BOERSMA                 , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $      72.07 .

Refunds to the Debtor totaled $   2465.62 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 08/28/07                /S/
                                GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 06 B 13042 KEVIN M KOETTERS & CHRISTINA L KOETTERS
```